1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| AALIYAH R. HODGE, | ) Case No.: 1:16-cv-01310-SAB |
| Plaintiff, | ) ORDER RE STIPULATION FOR AN <br> ) EXTENSION OF TIME |
| v. | ) |
| | ) (ECF No. 11) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's response to Plaintiff's Complaint shall be filed on or before March 23, 2017;

2. Plaintiff shall serve on Defendant her confidential letter brief on or before April 24, 2017;

3. Defendant shall serve a response to Plaintiff's letter brief on or before May 29, 2017;

4. In the event the parties stipulate to a remand to the Commissioner, the stipulation shall be filed with the Court on or before June 13, 2017;

5. In the event respondent does not agree to a remand, Plaintiff shall file her opening brief on or before June 28, 2017;

6. Defendant's response to Plaintiff's opening brief shall be filed on or before July 28, 2017;

7. Plaintiff's reply, if any, shall be filed on or before August 12, 2017.

IT IS SO ORDERED.

Dated: __February 21, 2017__

_____
UNITED STATES MAGISTRATE JUDGE