# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AALIYAH R. HODGE, <br><br>　　　Plaintiff, <br><br>　v. <br><br>COMMISSIONER OF SOCIAL SECURITY, <br><br>　　　Defendant. | Case No.: 1:16-cv-01310-SAB <br><br> ORDER RE SECOND STIPULATION FOR EXTENSION OF TIME |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant shall file the administrative record in this action on or before April 24, 2017. The parties are advised that due to the impact of social security cases on the Court's docket and the Court's desire to have cases decided in an expedient manner, requests for modification of the briefing scheduling will not routinely be granted and will only be granted upon a showing of good cause. Further, requests to modify the briefing schedule that are made on the eve of a deadline will be looked upon with disfavor and may be denied absent good cause for the delay in seeking an extension.

IT IS SO ORDERED.

Dated: **March 23, 2017**

UNITED STATES MAGISTRATE JUDGE

1