1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 11 | AALIYAH R. HODGE, | ) Case No.: 1:16-cv-01310-SAB |
| 12 | Plaintiff, | ) ORDER AMENDING SCHEDULING |
| 13 | v. | ) ORDER |
| 14 | COMMISSIONER OF SOCIAL SECURITY, | ) |
| 15 | Defendant. | ) |
| 16 | | ) |

On March 23, 2017, an order issued amending the deadline for Defendant to respond to the complaint pursuant to the stipulation of the parties. Accordingly, the remaining dates in the February 21, 2017 order setting the schedule in this action are HEREBY AMENDED as follows:

1. Plaintiff shall serve on Defendant her letter brief on or before May 24, 2017;

2. Defendant shall serve a response to Plaintiff's letter brief on or before June 28, 2017;

3. In the event the parties stipulate to a remand to the Commissioner, the stipulation shall be filed with the Court on or before July 13, 2017;

4. In the event Defendant does not agree to a remand, Plaintiff shall file her opening brief on or before July 28, 2017;

1

5. Defendant's responsive brief shall be filed on or before August 28, 2017;

6. Plaintiff's reply, if any, shall be filed on or before September 12, 2017.

IT IS SO ORDERED.

Dated:   **March 27, 2017**

UNITED STATES MAGISTRATE JUDGE